05/05/2005 13:14 FAX                    DLAPRGC US LLP                    ☑004

1   ANDREW P. VALENTINE (State Bar No. 162094)
    **DLA PIPER RUDNICK GRAY CARY US LLP**
2   2000 University Avenue
    East Palo Alto, CA 94303-2248
3   Tel: (650) 833-2000
    Fax: (650) 833-2001
4
    JEFFREY M. SHOHET (State Bar No. 67529)
5   **DLA PIPER RUDNICK GRAY CARY US LLP**
    4365 Executive Drive
6   San Diego, CA 92121-2123
    Tel: (858) 677-1400
7   Fax: (858) 677-1477
8   PATRICK S. RICHTER (*Pro Hac Vice*)
    ELIZABETH J. BROWN FORE (State Bar No. 200471)
9   **DLA PIPER RUDNICK GRAY CARY US LLP**
    1221 South MoPac Expressway, Suite 400
10  Austin, TX 78746-6875
    Tel: (512) 457-7000
11  Fax: (512) 457-7001
12  Attorneys for Plaintiff and Counterdefendant
    ACTIVANT SOLUTIONS INC. (formerly Cooperative
13  Computing, Inc., d/b/a CCITRIAD)
14  HARVEY I. SAFERSTEIN (State Bar No. 49750)
    NADA I. SHAMONKI (State Bar No. 205359)
15  **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND
    POPEO, P.C.**
16  1620 26th Street, Suite 150 South
    Santa Monica, CA 90404
17  Tel: (310) 586-3200
    Fax: (310) 586-3202
18
    Attorneys for Defendant and Counterclaimant WRENCHEAD,
19  INC.

20          UNITED STATES DISTRICT COURT
21      FOR THE NORTHERN DISTRICT OF CALIFORNIA
            SAN FRANCISCO DIVISION

22  Cooperative Computing, Inc., d/b/a      | Case No. C 03-3376 VRW
23  CCITRIAD,                                |
                                             | [PROPOSED] ORDER FOR DISMISSAL
24          Plaintiff,                       | WITH PREJUDICE
25      v.                                   |
                                             | Date:
26  Wrenchead, Inc.,                         | Time:
                                             | Judge: The Honorable Vaughn R. Walker
27          Defendant.
28

DLA PIPER RUDNICK
GRAY CARY U.S. LLP
AU\4137430.1                                          Case No. C 03-3376 VRW

AND RELATED COUNTERCLAIMS.

The parties have filed a stipulation for dismissal, with prejudice, of all claims and counterclaims from the instant case. It is therefore, ORDERED that Activant Solutions Inc. is DISMISSED WITH PREJUDICE, from the instant case, and that Wrenchead, Inc. is DISMISSED WITH PREJUDICE from the instant case. Both Activant Solutions Inc. and Wrenchead, Inc. shall bear their own costs and attorneys' fees.

Dated: _____

THE HONORABLE VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE

DLA PIPER RUDNICK
GRAY CARY U.S. LLP

AU\4137480.1\031018-4

-2-

Case No. C 03-3376 VRW